**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**Holding a Criminal Term**

**Grand Jury Sworn in on September 15, 2023**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. |
| | : |
| v. | : VIOLATIONS: |
| | : |
| | : |
| **JOSHUA EDUARDO HURTADO,** | : **18 U.S.C. § 922(g)(1)** |
| also known as "Migo," | : **(Unlawful Possession of a Firearm and** |
| | : **Ammunition by a Person Convicted of a** |
| **Defendant.** | : **Crime Punishable by Imprisonment for a** |
| | : **Term Exceeding One Year)** |
| | : |
| | : **FORFEITURE:** |
| | : **18 U.S.C. § 924(d); 21 U.S.C. § 853(p); and** |
| | : **28 U.S.C. § 2461(c)** |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about November 6, 2022, within the District of Columbia, **JOSHUA EDUARDO**

**HURTADO**, also known as "Migo," knowing he had previously been convicted of a crime

punishable by imprisonment for a term exceeding one year, in the United States District Court for

the Eastern District of Virginia Case Number 1:21-cr-96-LMB, did unlawfully and knowingly

possess firearms, to wit, a Glock, Model 23, .40 caliber semi-automatic handgun bearing serial

number BLMX709, which had been possessed, shipped and transported in and affecting interstate

and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of a**
> **Crime Punishable by Imprisonment for a Term Exceeding One Year,** in violation of
> Title 18, United States Code, Section 922(g)(1))

## FORFEITURE ALLEGATION

1.      Upon conviction of the offense alleged in Count One of this Indictment, **JOSHUA EDUARDO HURTADO**, also known as "Migo," shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offense, including but not limited to:

(a)     Glock, Model 23, .40 caliber semi-automatic handgun bearing serial number BLMX709 and high-capacity magazine, seized on November 6, 2022.

(b)     Glock, Model 19, 9mm semi-automatic handgun bearing serial number BWAX838 and high-capacity magazine, seized on November 6, 2022.

(c)     Twenty-two rounds of .40 caliber ammunition seized on November 6, 2022.

(c)     Seventeen rounds of 9mm ammunition seized on November 6, 2022.

(d)     Black laser attachment seized on November 6, 2022.

2.      If any of the property described above as being subject to forfeiture, as a result of any act or omission of the defendants:

(a)     cannot be located upon the exercise of due diligence;

(b)     has been transferred or sold to, or deposited with, a third party;

(c)     has been placed beyond the jurisdiction of the Court;

(d)     has been substantially diminished in value; or

(e)     has been commingled with other property that cannot be subdivided without difficulty;

the defendants shall forfeit to the United States any other property of the defendants, up to the value of the property described above, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

2

(**Criminal Forfeiture**, pursuant to Title 18, United States Code, Section 924(d), Title 21, United States Code, Section 853(p), and Title 28, United States Code, Section 2461(c))

A TRUE BILL:


FOREPERSON.


Attorney of the United States in
and for the District of Columbia.